

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

February 25, 2026

VIA ECF
Hon. Margaret M. Garnett
United States District Judge
United States District Court
40 Foley Square
New York, New York 10007

Re: *Hang Thi My Nguyen v. Joseph B. Edlow, et al.*, No. 25 Civ. 7814 (MMG)

Dear Judge Garnett:

This Office represents the government in this action in which the plaintiff seeks an order compelling U.S. Citizenship and Immigration Services ("USCIS") to adjudicate an application for immigration relief (Form I-526). On behalf of the government, and with the consent of Plaintiff, I write respectfully to request a 30-day adjournment of the initial pretrial conference currently scheduled for March 12, 2026, or a date thereafter convenient to the Court and the parties, and a corresponding extension of time to submit the joint letter and proposed Civil Case Management Plan and Scheduling Order that are due today, to a date one week before the conference is scheduled. The government's response to the complaint is currently due on March 12, 2026.

I apologize for the lateness of this request. Due to my extremely busy docket, I failed to take note that the pre-conference submissions were due today, and I realized my oversight only when opposing counsel made inquiry about the case today. Accordingly, the parties will need additional time to meaningfully confer regarding the pre-conference submissions.

In addition, since the government's request for an extension of time on the response to the complaint, USCIS has received Plaintiff's timely response to the Notice of Intent to Deny regarding the immigration benefit at issue. Thus, additional time will permit the parties an opportunity to informally resolve this matter without need of further litigation, and if the parties are unable to reach an agreement, for the government to respond to the complaint, which we anticipate would be a motion to dismiss. In addition, if necessary, the additional time will permit the parties time to confer on the matters to be addressed in the joint letter and proposed Civil Case Management Plan and Scheduling Order. This is the government's first request for an adjournment of the conference. As noted, Plaintiff consents to this request.

I thank the Court for its consideration of this request.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By:  /s/ *Leslie A. Ramirez-Fisher*
LESLIE A. RAMIREZ-FISHER
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (212) 637-0378
E-mail: leslie.ramirez-fisher@usdoj.gov
*Attorney for Defendants*

cc: Counsel of record (via ECF)

GRANTED. The Initial Pretrial Conference previously scheduled for March 4, 2026, is ADJOURNED to **Wednesday, April 8, 2026** at **9:30 a.m.** The parties shall file their joint letter and proposed case management plan no later than **April 1, 2026**.

SO ORDERED. Dated February 26, 2026.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE